Submitted January 5, 1984. Elaine De-Masse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Affirmed.

474 A.2d 642

Commonwealth v. Hill, Appellant.

 Submitted February 15, 1984. Michael J. Stack, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

474 A.2d 642

Commonwealth v. Hill, Appellant.

 Submitted November 18, 1983. Barry H. Denker,